IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MELVIN P. DUTTON, III | : | CIVIL ACTION |
| V. | : | |
| DONALD T. VAUGHN | : | NO. 02-2686 |

O R D E R

AND NOW, this 7th Day of August, 2002, upon consideration of Petitioner's Motion For Enlargement of Time to File Response to SEPTEMBER 20, 2002,

IT IS HEREBY ORDER THAT said Motion is GRANTED.

BY THE COURT:

_____
PETER B. SCUDERI
UNITED STATES MAGISTRATE JUDGE