```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| MELVIN P. DUTTON, | : | CIVIL ACTION |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| DONALD T. VAUGHN, et al., | : | |
| Respondents | : | NO. 02-2686 |

ORDER

AND NOW, this ____ day of February, 2003, upon consideration of the petitioner's petition for an issuance of certificate of appealability on appeal from denial of writ of habeas corpus (Docket # 16), it is ORDERED THAT the petition is DENIED and no certificate of appealability shall be issued.  For the reasons stated in this Court's Order of January 9, 2003, there is no probable cause to issue a certificate of appealability.

                              BY THE COURT:


                              _____
                              MARY A. MCLAUGHLIN, J.